UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EDWARD LONDON,

                    Plaintiff

    v.

CHARLES DANIELS, *et al.*,

                    Defendants

Case No.  3:20-cv-00284-MMD-CLB

ORDER

**I.     DISCUSSION**

On May 18, 2020, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action on or before July 14, 2020.  (ECF No. 3 at 2).  On July 6, 2020, Plaintiff filed a motion for extension of time to file a fully complete application to proceed *in forma pauperis* due to a misunderstanding that occurred when he filled out the request for his financial certificate from the NDOC. (ECF No. 4 at 2). As the Plaintiff has provided an acceptable circumstance for requiring an extension, the Court now grants Plaintiff's motion for an extension of time.  Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before **August 24, 2020**.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4) is granted.

IT IS FURTHER ORDERED that on or before **August 24, 2020**, Plaintiff will either pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee) or file with the Court:

    (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

    (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action on or before **August 24, 2020**, the Court will dismiss this action without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis*.

DATED: July 7, 2020.

_____
UNITED STATES MAGISTRATE JUDGE