| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | AARON D. FORD<br>  Attorney General<br>LAURA M. GINN, Bar No. 8085<br>  Deputy Attorney General<br>State of Nevada<br>Public Safety Division<br>100 N. Carson Street<br>Carson City, Nevada 89701-4717<br>Tel: (775) 684-1120<br>E-mail: lginn@ag.nv.gov<br><br>*Attorneys for Defendants,* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| EDWARD LONDON, | |
|---|---|
| Plaintiff, | Case No. 3:20-cv-00284-MMD-CLB |
| v. | **MOTION FOR EXEMPTION FROM EARLY MEDIATION CONFERENCE** |
| CHARLES DANIELS, et al., | |
| Defendants | |

The Nevada Department of Corrections (NDOC), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Laura M. Ginn, Deputy Attorney General, move the Court for an Order exempting this case from the early mediation conference scheduled for Tuesday, July 13, 2021.

This Court has the discretion to refer appropriate civil matters to mediation and other forms of alternative dispute resolution. *See* LR 16-5.

In compliance with this Court's order, counsel contacted Plaintiff, Edward London to discuss the upcoming mediation, discuss legal positions, and otherwise determine whether a settlement was possible in this matter. ECF No. 10.

In this matter, the undersigned spoke with London on June 28, 2021 by telephone. London requested resolution of adjustment to his Judgment of Conviction. NDOC does not have authority to alter judgment of convictions. As NDOC cannot provide the proposed settlement as a matter of law, any negotiations regarding this settlement are futile.

1

Accordingly, NDOC submits that, based on the foregoing, an early mediation conference in this matter would not be appropriate at this time. See LR 16-5. Therefore, NDOC respectfully moves this Court to exempt this case from the early mediation program and place it on the regular litigation docket.

DATED this 2nd day of July, 2021.

AARON D. FORD
Attorney General

By:     /s/Laura M. Guinn
    LAURA M. GINN, Bar No. 8085
    Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: July 6, 2021

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 2nd day of July, 2021, I caused a copy of the foregoing, **MOTION FOR EXEMPTION FROM EARLY MEDIATION CONFERENCE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Edward London, #1170368
c/o Law Librarian
Ely State Prison
P.O. Box 1989
Ely, Nevada 89301
ESP_lawlibrary@doc.nv.gov

        /s/Perla M. Hernandez
An employee of the
Office of the Attorney General

# DECLARATION

# OF

# LAURA M. GUINN

1  AARON D. FORD
   Attorney General
2  LAURA M. GINN, Bar No. 8085
   Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1120
   E-mail: lginn@ag.nv.gov
6
   *Attorneys for Defendants,*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD LONDON,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, et al.,<br><br>Defendants | Case No. 3:20-cv-00284-MMD-CLB<br><br>**DECLARATION OF LAURA M. GINN** |

I, Laura M. Ginn, am over the age of 18 and am otherwise fully competent to testify to the facts contained in this declaration.

1. The statements contained in this declaration, except where otherwise indicated to be upon information and belief, are based on my personal knowledge and experience.

2. I am employed by the Nevada Attorney General's Office as a Deputy Attorney General in the Public Safety Division.

3. In preparation for the early mediation conference set for July 13, 2021, Counsel reached out to Plaintiff on June 28, 2021.

4. Counsel and Plaintiff discussed the case and Plaintiff expressed his requested resolution of an adjustment to his Judgment of Conviction. Nevada Department of Corrections does not have authority to alter judgment of convictions.

/ / /

/ / /

1

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 2nd day of July, 2021.

AARON D. FORD
Attorney General

By:     /s/Laura M. Guinn
LAURA M. GINN, Bar No. 8085
Deputy Attorney General

*Attorneys for Defendants*