AARON D. FORD
  Attorney General
LAURA M. GINN (Bar No. 8085)
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: LGinn@ag.nv.gov

*Attorneys for Defendants Skyler Sheeks*
*and Luis Sencion-Gonzalez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD LONDON, | Case No.  3:20-cv-00284-MMD-CLB |
| Plaintiff, | |
| v. | **MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT [FIRST REQUEST]** |
| CHARLES DANIELS, et al., | |
| Defendants | |

Defendants Skyler Sheeks and Luis Sencion-Gonzalez (collectively, NDOC Employees), by and through counsel Aaron D. Ford, Attorney General for the State of Nevada, and Laura M. Ginn, Deputy Attorney General, hereby move this Court for an extension of time file a Motion for Summary Judgment. This Motion is made and based upon Federal Rule of Civil Procedure 6(b)(1)(A), the attached Points and Authorities, the papers, and pleadings on file herein, and such other and further information as this Court may deem appropriate.

## MEMORANDUM OF POINTS AND AUTHORITIES

Courts have inherent powers to control their dockets, *see Ready Transp., Inc. v. AAR Mfg, Inc.*, 627 F.3d 402, 404 (citations omitted), and to "achieve the orderly and expeditious disposition of cases." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) Such power is indispensable to the court's ability to enforce its orders, manage its docket, and regulate insubordinate conduct. *Id.* (*See also Mazzeo v. Gibbons*, No. 2:08–cv–01387–RLH–PAL, 2010 WL 3910072, at *2 (D.Nev.2010)).

LR IA 6-1 discusses requests for continuances.  The rule states:

> (a) A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted. (Examples: "This is the first stipulation for extension of time to file motions." "This is the third motion to extend time to take discovery.")

This is the first request, filed timely, and is requested for good cause. The parties engaged in a meet and confer on April 14, 2022 to discuss Defendant Sheeks' Requests for Admission and Interrogatories propounded on London. London was given an extension to complete the Requests for Admission and Interrogatories on or before April 19, 2022. NDOC Employees filed a Motion to Compel (ECF No. 26) requesting this Court to order London to respond to the Interrogatories and deem the Requests for Admission admitted. London has not responded to NDOC Employees Motion to Compel yet. NDOC Employees respectfully request an extension to allow this Court to rule on the Motion to Compel and London to respond.

NDOC Employees provide the following information in accordance with Local Rule 26-3. London failed to respond to Defendant Sheeks' Interrogatories and failed to respond to the Requests for Admission. Discovery closed on April 4, 2022.

The proposed deadlines are:

Dispositive motion deadline:                                      July 7, 2022

Joint pretrial order (if no dispositive motions filed):          August 8, 2022[1]

Counsel submits that the recent Motion to Compel and outstanding discovery in this case constitutes good cause for granting this extension of time to file a Motion for Summary Judgment.

/ / /

/ / /

/ / /

/ / /

---

[1] The date was adjusted to a weekday.

1    Therefore, Defendants request this Court to extend the deadline from **May 4, 2022**,

2    to **July 7, 2022**, to file a Motion for Summary Judgment.

3    DATED this 27th day of April, 2022.

4                                          AARON D. FORD
                                           Attorney General
5

6    By:    /s/ *Laura M. Ginn*
            LAURA M. GINN (Bar No. 8085)
7             Deputy Attorney General

8             *Attorneys for Defendant*

9

10                                         IT IS SO ORDERED.

11                                         Dated:  April 27, 2022

12

13

14                                         _____
                                           UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on April 27, 2022, I electronically filed the foregoing, **MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT [FIRST REQUEST],** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Edward London, #1170368
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, NV 89070

*/s/ Karen Easton*
An employee of the
Office of the Nevada Attorney General