AARON D. FORD
  Attorney General
LAURA M. GINN (Bar No. 8085)
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: LGinn@ag.nv.gov

*Attorneys for Defendants Skyler Sheeks
and Luis Sencion-Gonzalez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD LONDON, | Case No.  3:20-cv-00284-MMD-CLB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CHARLES DANIELS, et al., | |
| Defendants | |

Defendants Skyler Sheeks and Luis Sencion-Gonzalez, by and through counsel Aaron D. Ford, Attorney General for the State of Nevada, and Laura M. Ginn, Deputy Attorney General, that the above-caption matter has been resolved.

The stipulation is made following the January 26, 2023, Settlement Conference. This matter was settled at the settlement conference. As a result, the above-captioned matter is

///
///
///
///
///
///
///
///
///

Page **1** of **2**

dismissed with prejudice, each party will bear their own attorneys' fees and costs, and
that the Court may accordingly close the case.

DATED: 11/26/ _____, 2021       DATED: 2/27, 2021
                        2023                            2023

By _____                By: _____
Edward London                     Laura M. Ginn, Bar No. 8085
*Plaintiff Pro Se*                Deputy Attorney General
                                  *Attorney for Defendant*

## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the
Clerk is directed to close the case.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED**: February 27, 2023
_____